**No. 44126.**—Protests 954382–G, etc., of Eimer & Amend (New York).

283

Opinion by TILSON, J. The merchandise consisted of tiny glass balls about the size of a buckshot. From the testimony it was found that it is not scientific, chemical, or laboratory glassware as classified by the collector, apparently in view of *United States* v. *Boker*, 90 Fed. 804. The claim at 50 percent under paragraph 230 (d) as manufactures of glass, not specially provided for, was therefore sustained. *United States* v. *Harding Co.* (21 C. C. P. A. 307, T. D. 46830), *Lassky* v. *United States* (id. 201, T. D. 46727), and *United States* v. *Embossing Co.* (3 Ct. Cust. Appl. 220, T. D. 32536) followed.